15-1930

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION – COLUMBUS

| | |
|---|---|
| **In re** | **Case No. 16-50625** |
| **Baje Dusko Naumov** | **Chapter 7** |
| **Debtor** | **Judge: C. KATHRYN PRESTON** |
| | **NOTICE OF REQUEST FOR RELIEF FROM STAY** |

The Huntington National Bank (hereinafter, "Movant") has filed papers with the Court seeking relief from the automatic stay under Section 362 of the Bankruptcy Code.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want to the Court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the Motion**, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to Bankruptcy Clerk's Office, 170 North High Street, Columbus, OH 43215 OR your attorney must file a response using the court's ECF System.

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Phyllis A. Ulrich
Christopher P. Kennedy
Attorneys for Movant
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690

Michael A Cox, Esq.
Attorney for Debtor
2500 High Street, Suite 100
Columbus, OH 43202

Office of the United States Trustee
170 North High Street, Suite 200
Columbus, OH 43215

Myron N Terlecky, Trustee
575 S Third Street
Columbus, OH 43215

Baje Dusko Naumov, Debtor
PO Box 1520
Pataskala, OH 43062


If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated: March 16, 2016

/s/ *Christopher P. Kennedy*
Carlisle, McNellie, Rini, Kramer & Ulrich, Co., L.P.A.
By:  Phyllis A. Ulrich (0055291)
      Christopher P. Kennedy (0074648)
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
216-360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for Movant:
The Huntington National Bank

# **CERTIFICATE OF SERVICE**

      I, Christopher P. Kennedy, hereby certify that the foregoing Notice of Motion was electronically transmitted on or about March 16, 2016 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Myron N Terlecky, Trustee, via electronic mail at mnt@columbuslawyer.net
Michael A Cox, Attorney for Debtor, via electronic mail at coxecf@columbusdebtrelief.com
Office of the U.S. Trustee at ustpregion09.cb.ecf@usdoj.gov


And on the following by ordinary U.S. Mail on or about March 16, 2016 addressed to:

Baje Dusko Naumov, Debtor, PO Box 1520, Pataskala, OH 43062
Karen Naumov, 41 Callie Court, Granville, OH 43023
U.S. Bank, N.A., 425 Walnut Street, Cincinnati, OH 45202
U.S. Bank, PO Box 5227, Cincinnati, OH 45201
Licking County Treasurer, PO Box 830, 20 S. Second Street, Newark, OH 43055
William B. Logan, Jr., Luper, Neidenthal & Logan Co., L.P.A., 50 W. Broad Street, Suite 1200, Columbus, OH 43215-3374


                                          */s/ Christopher P. Kennedy*
                                          Carlisle, McNellie, Rini, Kramer & Ulrich,
                                          Co., L.P.A.
                                          By: Phyllis A. Ulrich
                                               Christopher P. Kennedy