15-1930

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION - COLUMBUS

| | |
|---|---|
| In re | IN PROCEEDINGS UNDER CHAPTER 7 |
| **Baje Dusko Naumov** | Case No. 16-50625 |
| | Judge: C. KATHRYN PRESTON |
| **Debtor** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

Pursuant to Rules 2002 and 9010 of the Bankruptcy Rules, Christopher P. Kennedy of the law firm of CARLISLE, McNELLIE, RINI, KRAMER & ULRICH, CO., L.P.A., hereby enters his appearance on behalf of The Huntington National Bank and requests that all notices and other papers given or required to be served in this case and be given to and served upon the following person at the email address set forth below:

Christopher P. Kennedy
Attorney at Law
CARLISLE, McNELLIE, RINI, KRAMER & ULRICH CO., L.P.A.
bankruptcy@carlisle-law.com

Respectfully submitted,

*/s/ Christopher P. Kennedy*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By:  Phyllis A. Ulrich (0055291)
      Christopher P. Kennedy (0074648)
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
216-360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for:
The Huntington National Bank

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2016, a copy of foregoing The Huntington National Bank's Notice of Appearance and Request for Service was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

    Michael A. Cox, Attorney for Debtor

    Myron N. Terlecky, Chapter 7 Trustee

    Office of the United States Trustee

    Luper, Neidenthal & Logan, c/o William B. Logan, Jr., on behalf of, The Savings Bank

And on the following by Ordinary U.S. Mail addressed to:

    Baje Dusko Naumov, Debtor, at P.O. Box 1520, Pataskala, OH 43062

                                */s/ Christopher P. Kennedy*
                                Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
                                By:  Phyllis A. Ulrich
                                     Amy M. Blythe
                                     Christopher P. Kennedy